

1  David J. Bowie (SBN 50167)
2  Eric C. Schaffer (SBN 221883)
   BOWIE & SCHAFFER
3  2255 Contra Costa Blvd, Suite 305
   Pleasant Hill, CA 94523
4  Telephone (925) 939-5300
5  Telecopier (925) 609-9670
   Attorneys for 2012 Canrow Owner, LLC
6  Medallion Servicing, LLC

The following constitutes the order of the Court.
Signed: October 29, 2018

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 14-50279 |
| AQUALEGACY DEVELOPMENT LLC, a California limited liability company, | **Adversary Case No: 15-05076** |
| Debtor, | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |
| Federal Tax ID: 46-3094066 | Date: October 16, 2018
Time 1:30 p.m.
Dept: 3099 |
| AQUALEGACY DEVELOPMENT LLC, a California limited liability company, | |
| Plaintiff, | |
| vs. | |
| 2012 CANROW OWNER, LLC, a California limited liability company; MEDALLION SERVICING, LLC, a California limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

1. The motion of defendants 2012 Canrow Owner, LLC and Medallion Servicing, LLC for summary judgment was heard on October 16, 2018 by the Court, the Honorable Stephen L. Johnson, U.S. Bankruptcy Judge, presiding. Plaintiff appeared by and through its counsel Mark K. Slater of Slater Hersey LLP. Defendants appeared by and through their counsel David J. Bowie of Bowie & Schaffer, Attorneys at Law.

The Court, having considered all of the pleadings, declarations, and evidence, and the matter being argued and submitted, ruled as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motion of defendants 2012 Canrow Owner, LLC and Medallion Servicing, LLC for summary judgment hereby is and shall be granted for all of the reasons set forth in detail on the record of hearing.

*** END OF ORDER ***

-2-
ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
Case: 15-05076    Doc# 228    Filed: 10/29/18    Entered: 10/29/18 13:28:47    Page 2 of 2