

The following constitutes the order of the Court.
Signed: October 30, 2018

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AQUALEGACY DEVELOPMENT LLC, a California limited liability company,<br><br>Federal Tax ID: 46-3094066<br><br>Debtor. | Case No. 14-50279 SLJ<br>Chapter 11 |
| AQUALEGACY DEVELOPMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>2012 CANROW OWNER, LLC, a California limited liability company; MEDALLION SERVICING, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Adv. Proc. No. 15-05076 SLJ |

**JUDGMENT FOR 2012 CANROW OWNER, LLC**

For the reasons stated in this court's Order Granting Motion for Summary Judgment, ECF 228,[1] a judgment is granted in favor of 2012 Canrow Owner, LLC.

IT IS SO ADJUDGED.

**END OF JUDGMENT**

---

[1] "ECF" references are to the docket in this proceeding.

**COURT SERVICE LIST**

[ECF recipients only]